# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHER CHARLES GRAHAM,<br><br>Defendant. | No. 3:23-mj-00636-KFR<br><br> Oct 27 2023 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Austin Hunter, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Capitol Police.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that ARTHER CHARLES GRAHAM has committed the following federal criminal offense:

> **Count 1**: That on or about September 28, 2023, within the District of Alaska, at or near Kenai, the defendant, ARTHER CHARLES GRAHAM, knowingly and willfully did transmitted in interstate and foreign commerce communications containing a threat to kidnap and injure United States Senator 1. This conduct is in violation of 18 U.S.C. § 875(c).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest



warrant, I have not included each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On October 2, 2023, congressional staff members, working in the Washington D.C. office of United States Senator 1 notified the USCP Threat Assessment Section that they received a threatening web form submission. The submission containing the following threat:

> Well, it's after business hours and my landlady hasn't delivered the eviction papers yet like she promised. She DID tell me to start looking somewhere else to live, so now I'm legally obligated to do that. I'm in the dark here. Until I get new information [United States Senator 1], my plan is ima' hunt you down, cut the flesh off your body and wear your skin like clothes. I'll live inside of YOU [United States Senator 1]. I may as well because I ain't got nowhere else to live. The bank is taking my parents' house. When I inherit my mom's municipal bonds, I'm going to use ilthem as kindling to start my homeless-person campfire, when I inevitably become a homeless person like I was when I was a little boy. Also, I'm gonna cut off your skin and wear it as clothes. Oops I said that already. Someone call the police. Deiter is dreaming about his mother again.

5. On October 3, 2023, congressional staff for United States Senator 1 provided me with the raw web form submission details. This data showed that the threat was transmitted on September 28, 2023, date. The raw web form submission documented that the message was transmitted on September 28, 2023. The sender identified himself as "Arthur Graham," with an address in Kenai and a phone number with a 907-area code. Additionally, the sender included the email address of Arthurcgraham@gmail.com in the submission.

6. On October 3, 2023, a subpoena was issued to Google for the email address listed in the submission. Google subpoena returns identified the account subscriber as Arthur

Graham with a recovery phone number of (907) 740-3121. This phone number differed from the phone number included in the submission to the United States Senator 1.

7. On October 13, 2023, I submitted a follow-up subpoena to GCI for phone number (907) 740-3121. Subpoena returns from GCI identified subscriber as Arther Graham with an address in Kenai. This address differed from the address provided in the submission to United States Senator 1.

8. On October 10, 2023, FBI Special Agents Robert Douglas and Thomas Soeller interviewed Arther Charles Graham at his residence in Kenai. During the interview, GRAHAM admitted that he had sent the emails to United States Senator 1. He admitted that he had stated in his email to United States Senator 1 that he would take her flesh off, use it as a coat, and live inside of her. Graham stated that he knew sending the message was against the law. He said the auto email feature on United States Senator 1's website to send the emails. He confirmed that he accessed the website and sent the emails using his cell phone. Graham's phone number was (907) 740-3121.

## CONCLUSION

9. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that ARTHER CHARLES GRAHAM has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for ARTHER CHARLES GRAHAM's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

_____
Austin Hunter
Special Agent, United States Capitol Police

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim.P. 4.1 and 4(d)

this 27th day of October 2023.

_____
HON. MATTHEW M. SCOBLE
United States Magistrate Judge