**RECEIVED**
By United States Marshals Service at 11:38 am, Nov 16, 2023

# UNITED STATES DISTRICT COURT
for the
District of Alaska

USMS: 85375-510
FID: 11609961
Warrant: 2406-1031-0056-J
NCIC: IN FEDERAL CUSTODY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Case Number: 3:23-CR-00107-JMK-MMS |
| ARTHER CHARLES GRAHAM ) | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ARTHER CHARLES GRAHAM,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Petition ☐ Supervised Release Petition ☐ Pretrial Petition ☐ Order of the Court

This offense is briefly described as follows:

18:875(c) INTERSTATE COMMUNICATIONS WITH A THREAT TO KIDNAP OR INJURE – count 1

Date: November 16, 2023

By s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/16/2023, and the person was arrested on *(date)* 10/30/2023

at *(city and state)* Anchorage, AK.

Date: 11/16/2023

Gregory Adrien for SA Hunter
*Arresting officer's signature*

SUBJECT ALREADY IN FEDERAL CUSTODY
3:23-MJ-636

SA Hunter. US Capitol Police
*Printed name and title*